IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. HEGEDUS, ET AL., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 12-25-LPS-MPT |
| ROBERT L. ROSS, ET AL., | : |
| Defendants. | : |

## ORDER

WHEREAS, Magistrate Judge Thynge issued a Report and Recommendation (D.I. 17) on July 12, 2012;

WHEREAS, the Report and Recommendation recommends that the Court GRANT Defendants' motions to dismiss (D.I. 6, 8);

WHEREAS, any Objections to the Report and Recommendation (D.I. 17) were to be filed by July 30, 2012;

WHEREAS, no party has filed an Objection to the Report and Recommendation;[1]

WHEREAS, the Court concludes that the Repot and Recommendation should be adopted for the reasons stated by Magistrate Judge Thynge;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 17) is **ADOPTED**, and Defendant Spangler's motion to dismiss (D.I. 6) is **GRANTED**, and Defendant Rosses' motion to dismiss (D.I. 8) is **GRANTED**.

Dated: August 13, 2012           UNITED STATES DISTRICT JUDGE

---

[1] The Court received a letter from Plaintiff inquiring as to "when and/or if the pre-trial conference" in this case will be scheduled. (D.I. 18) Even under the liberal pleading standards applied to pro se filings, the Court does not construe Plaintiff's letter as an Objection to the Repot and Recommendation.